

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00124-CR

_____

## EX PARTE ERIC DALE ANGELO

_____

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2009-726-C2 & 2009-603-C2

---

## MEMORANDUM  OPINION

---

Eric Dale Angelo attempts to request post-conviction relief through an original petition for habeas corpus addressed to this Court. By letter, the Clerk notified Angelo that this proceeding was subject to being dismissed because this Court does not have jurisdiction to issue or grant a post-conviction writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (Vernon 2005). Angelo was further warned that the proceeding would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the proceeding. Angelo has not filed a response.

Accordingly, this proceeding is dismissed. *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Proceeding dismissed
Opinion delivered and filed May 5, 2010
Do not publish
[CR25]